DORON WEINBERG (SBN 46131)
LAW OFFICES OF DORON WEINBERG
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile:  (415) 552-2703
doronweinberg@aol.com

Attorney for Defendant
ROBERT JACOBSEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ROBERT JACOBSEN  )<br>DEFENDANT  )<br>_____ ) | **CASE NO.  CR-15-0518 RS**<br><br>**(PROPOSED) ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

  The Court having considered the report and recommendation of the United States Pretrial Services office and the arguments of counsel, and good cause appearing therefor,

  IT IS HEREBY ORDERED that the conditions of Defendant Robert Jacbosen's pretrial release are modified as follows:

  1. The defendant's curfew hours are modified to 9PM to 8AM (curfew can be extended at the discretion of Pretrial Services);

  2. The Defendant shall surrender any pilot's license in his possession and he shall not operate an aircraft;

_____
(Proposed) Order MODIFYING CONDITIONS OF PRETRIAL RELEASE
(Case No. CR-15-0518 RS)

1

3. The defendant shall inform Pretrial Services of the circumstances and details of any current land deals or transactions as well as any proposed investment activity prior to commencing such activity;

4. The defendant shall provide Pretrial Services with proof of employment, income or earnings upon request.

Dated: _____

HONORABLE NANDOR J. VADAS
United States Magistrate Judge
Northern District of California

Approved as to form:

/S/
_____
AUSA Benjamin Kingsley

_____
(Proposed) Order MODIFYING CONDITIONS OF PRETRIAL RELEASE
(Case No. CR-15-0518 RS)

2